UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROUWEIDA E.,[1]

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No. 2:24-cv-11559

Magistrate Judge Kimberly G. Altman

## ORDER REGARDING BRIEFING SCHEDULE

This is a social security case.  Plaintiff Rouweida E. brings this action under 42 U.S.C. § 405(g), challenging the final decision of the Commissioner of Social Security denying Plaintiff's application for Supplemental Security Income (SSI) under the Social Security Act (the Act).  (ECF No. 1).  The parties have consented to the jurisdiction of the undersigned, who entered a scheduling order for Plaintiff's and Defendant's motions for summary judgment and Plaintiff's reply on August 24, 2024.  (ECF No. 8).

---

[1] Consistent with guidance regarding privacy concerns in Social Security cases by the Judicial Conference Committee on Court Administration and Case Management, this district has adopted a policy to identify plaintiffs by only their first names and last initials.  *See also* Fed. R. Civ. P. 5.2(c)(2)(B).

1

On October 7, 2024, Plaintiff filed her motion for summary judgment, arguing that the case should be remanded *for benefits* under Sentence Four of 42 U.S.C. § 405(g). (ECF No. 10). In lieu of a motion for summary judgment, the Commissioner filed a motion to remand *for further administrative proceedings* under Sentence Four. (ECF No. 12). Plaintiff did not concur in the motion to remand for further administrative proceedings, contending that the Court should decide whether a remand for benefits would be more appropriate. (*Id.*). On November 5, 2024, the Court conducted a telephonic status conference with the parties to determine the appropriate course of action. (ECF No. 13).

Given that motion practice in this case has diverged from the anticipated motions, the Court will set new motion and briefing deadlines for the parties. Plaintiff shall file a response to the Commissioner's motion to remand by **November 21, 2024**, and Commissioner may file a reply by **December 2, 2024**.

SO ORDERED.

Dated: November 5, 2024  
Detroit, Michigan

s/Kimberly G. Altman  
KIMBERLY G. ALTMAN  
United States Magistrate Judge

2

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 5, 2024.

                                              s/Julie Owens
                                              Case Manager